IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,   )
                                  )   2:10-cv-03040-GEB-DAD
            Plaintiff,            )
                                  )   ORDER CONTINUING STATUS
      v.                          )   (PRETRIAL SCHEDULING)
                                  )   CONFERENCE
MARIA CARMEN JURADO,              )
individually and d/b/a EL         )
BOHEMIO SPORTS BAR & DELI,        )
                                  )
            Defendants.           )
_____  )

Plaintiff states in its "Ex Parte Application for an Order Vacating the Initial Scheduling Conference" filed March 11, 2011, "[Defendant] is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court." (ECF No. 7, 1:21-23.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty (30) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on May 2, 2011, why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for March 28, 2011, is continued to commence at 9:00 a.m. on July 18, 2011. A status report shall be filed fourteen (14) days prior to the status conference in

1

which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: March 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge
2