UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J & J Sports Productions, Inc.

    v.

Maria Carmen Jurado

DEFAULT JUDGMENT

Case No. CIV S-10-3040 GEB DAD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the sum of $6,200 against defendant:

**Maria Carmen Jurado**

January 13, 2012

VICTORIA C. MINOR, CLERK

By:   /s/ K. Zignago
K. Zignago, Deputy Clerk